LOUISE A. DOUGHERTY, an Infant, by WILLIAM J. DOUGHERTY, Her Guardian ad Litem et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued January 17, 1946; decided March 7, 1946.

*Harry A. Spiegelman* and *John M. Wilson* for appellants.

*John J. Bennett, Corporation Counsel* (*Fred Iscol* and *Joseph F. Mulqueen, Jr.,* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.